United States District Court
District of Oregon
Eugene Division

| | |
|---|---|
| John Fredrick Swank II<br>Plaintiff,<br>v.<br>Springfield Police Department, and City of Springfield, and Ronald Bates,<br>Defendants. | Civil Case No. 6:19-cv-02021-MK<br><br>Complaint for Violation of Civil Rights, Police Brutality Tort, Assault With a Deadly Weapon Tort, Bad Faith Policing Tort, and Negligence Tort<br><br>Yes, Jury Trial Demanded. |

## I. Parties

Plaintiff     John Fredrick Swank II
              1728 Ferry Street, Unit 2
              Eugene, OR 97401

Defendant 1   Springfield Police Department
              230 4th Street
              Springfield, OR 97477

Defendant 2   City of Springfield
              225 5th Street
              Springfield, OR 97477      Page 1 of 3
                                Continued

Defendant 3    Ronald Bates
               230 4th street
               Springfield, OR 97477

## II. Basis of Jurisdiction

Plaintiff is bringing suite under 42 U.S.C. 1983, and all relevant statutory and common law standards establishing liability for police brutality, assult with a deadly weapon causing bodily injury, bad faith policing, negligence, and intentional infliction of emotional distress, for police officer Ronald Bates putting Plaintiff into custody, and then twice causing a police dog to attack him, ordering the dog to bite him, causing Plaintiff serious bodily injuries, and possible permanent disability, etc.

## III. Statement of Claims

On August 27, 2019, Defendants' arrived at Plaintiff's friend's home on Riverview and called out that they had a warrant out for him. Plaintiff went out the back and hid. Defendants found, grabbed, and detained Plaintiff. Then and only then Defendants sicked a police dog on Plaintiff, twice, the first time ordering the dog to bite Plaintiff, causing plaintiff serious injuries, emotional distress, losses, damages, and injuries. Following the attack Defendants said, "oops, forgot to turn my camera on." Medical treatment for Plaintiff is ongoing, having needed stiches, and sustained nerve damage, possibly permanently disabling, and scarring him significantly.    Continued    Page 2 of 3

IV. Relief

Plaintiff asks court that he be granted $2,000,000.00 in damages, and all other remedies deemed just and proper.

I declare under penalty of perjury that the forgoing is true and correct.

Signed,

Dated, November 18, 2019

John Fredrick Swank II

Notary Lola A. Sierra

Commission Expires 4/27/2020

OFFICIAL STAMP
LOLA ANN SIERRA
NOTARY PUBLIC-OREGON
COMMISSION NO. 949690
MY COMMISSION EXPIRES APRIL 27, 2020